```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANONYMOUS BR,

            Plaintiff,

-against-

THE BOY SCOUTS OF AMERICA, BRONX COUNCIL BOY SCOUTS OF AMERICA, INC., and ST. HELENA PARISH,

            Defendants.

1:20-cv-01479-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On April 1, 2020, Defendant filed a Notice of Entry of Consent Order immediately staying any further proceedings in this action as against Defendant Greater New York Councils, Boy Scouts of America.  [ECF No. 4].  On February 18, 2020, Defendant filed for chapter 11 bankruptcy before the United States Bankruptcy Court for the District of Delaware under case number 20-10343.  [ECF No. 4].

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petition in the United States Bankruptcy Court for the District of Delaware under case number 20-10343.

**SO ORDERED.**

**Date:  June 22, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge